ORIGINAL

contrerassinfo

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. **06-00007** |
| Plaintiff, ) | **INFORMATION** |
| ) | **ASSAULT** |
| ) | [18 U.S.C. § 113(a)(4) |
| vs. ) | **ASSAULTING AND IMPEDING** |
| ) | **CERTAIN OFFICERS** |
| STEPHANIE CONTRERAS ) | [18 U.S.C. § 111(a)(1)] |
| Defendant. ) | (Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - ASSAULT

On or about the 3rd day of June 2006 in the District of Guam, the defendant, STEPHANIE CONTRERAS, at a place within the special maritime and territorial jurisdiction of the United States, namely U.S. Naval Force Marianas Communication, on land acquired for use of the United States and under its concurrent jurisdiction, did forcibly assault Randy A. Snyder, Petty Officer Second Class, a United States Navy Security Force Officer, while he was engaged in his official duties, in violation of Title 18, United States Code, Section 113(a)(4).

### COUNT II - ASSAULTING AND IMPEDING CERTAIN OFFICERS

On or about the 3rd day of June 2006, in the District of Guam, the defendant, STEPHANIE CONTRERAS, knowingly, did forcibly resist, oppose, impede, and interfere with:

Zachary Coupe, Petty Officer Second Class; Michael Sanders, Petty Officer Third Class; Bryce McLaughlin, Seaman; Ryan Wehrsig, Seaman Apprentice, United States Navy Security Force Officers, while they were engaged in there official duties, in violation of Title 18, United States Code, Section 111(a)(1).

DATED this 2nd day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney