# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment: _____ Docket Number: **06-00007**
Same Defendant: _____ New Defendant: **X**
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No **X**   Matter to be sealed: Yes **X** No ___

Defendant Name: Stephanie Contreras
Alias Name: _____
Address: _____
Windward Hills, Guam

Birthdate: xx/xx/1985   SS#: xxx-xx-4945   Sex: **F**   Race: ___   Nationality: ___

**U.S. Attorney Information:**
SAUSA: Ryan Anderson

Interpreter: **X** No ___ Yes   List language and/or dialect: _____

**RECEIVED AUG - 2 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 2   ___ Petty   **X** Misdemeanor   **X** Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 113(a)(4) | Assault | 1 |
| Set 2 | 18 USC 111(a)(1) | Assaulting and Impeding Certain Officers | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: 8/2/06   Signature of AUSA: *[signed] Ryan M. Anderson*