ORIGINAL
scontrerassummon

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG - 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00007 |
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| STEPHANIE CONTRERAS, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, STEPHANIE CONTRERAS, based on an Information filed charging the defendant with Assault, in violation to Title 18, United States Code, Section 113(a)(4) and Assaulting and Impeding Certain Officers, in violation of Title 18, United States Code, Section 111(a)(1).

Respectfully submitted this 2nd day of August 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney