PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Grace D. Flores, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**FILED**
DISTRICT COURT OF GUAM
AUG 14 2006
MARY L.M. MORAN
CLERK OF COURT

[X] **Original Notice**          [ ] Notice of Disposition

| | | | |
|---|---|---|---|
| Date: | August 8, 2006 | Date: | |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | |

| | | | |
|---|---|---|---|
| Defendant: | CONTRERAS, Stephanie Lia | Case Number: | USDC MJ CS. NO. 06-00007-001 |
| Date of Birth: | XX-XX-1985 | Place of Birth: | San Francisco, CA - USA |
| SSN: | XXX-XX-4945 | | |

**NOTICE OF COURT ORDER** (Order Date: __August 8, 2006__)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    [ ] Not Convicted - Document returned to defendant.
    [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    [ ] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative

**ORIGINAL**