JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
STEPHANIE CONTRERAS

FILED
DISTRICT COURT OF GUAM
SEP 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG-06-00007 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE JURY |
| | ) | SELECTION AND TRIAL |
| vs. | ) | |
| | ) | |
| STEPHANIE CONTRERAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO CONTINUE JURY SELECTION AND TRIAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury selection and trial currently scheduled for October 2, 2006, be rescheduled to a date approximately one (1) month thereafter to be selected by the court. The parties make this request on the basis that plea negotiations have been concluded and an agreement will be filed with the court

ORIGINAL

at the earliest possible convenience.

        IT IS SO STIPULATED:

        DATED: Mongmong, Guam, September 25, 2006.

*(signature)*
RICHARD P. ARENS
Attorney for Defendant
STEPHANIE CONTRERAS

*(signature)*
GREGG PARKER
Attorney for Plaintiff
UNITED STATES OF AMERICA

2

Case 1:06-mj-00007   Document 11   Filed 09/25/2006   Page 2 of 2