stephaniecontrerascont

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEPHANIE CONTRERAS,<br><br>  Defendant. | MAGISTRATE CASE NO. 06-00007<br><br>**STIPULATION OF PARTIES**<br>**TO CONTINUE TRIAL** |

COME NOW the United States of America and defendant, by and through his counsel, Richard Arens, and jointly move that the trial date in this matter, which is presently set for November 7, 2006, be continued to not less than thirty (30) days, at a date and time convenient to the court. The parties make this request for the reason that ongoing possible plea negotiations are currently in progress and that the parties believe it is in the interest of justice that this matter be continued.

The parties believe that this continuance may be justified under the Speedy Trial Act on the grounds of 18 U.S.C. § 3162(8)(A) allow tolling of the time if the court finds "that the ends of justice

1

served by taking such action outweigh the best interest of the public and the defendant in a speedy trial".
The parties believe that the best interests of both will be served by this continuance.

SO STIPULATED.

10/31/06
DATE

*(signature)*
RICHARD ARENS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

31 OCT 06
DATE

By: *(signature)*
RYAN M. ANDERSON
Special Assistant U.S. Attorney

2