LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV - 1 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00007 |
| Plaintiff, ) | |
| ) | **ORDER TO CONTINUE TRIAL** |
| vs. ) | |
| STEPHANIE CONTRERAS, ) | |
| Defendant. ) | |

Having been fully advised in the premises, this Court finds that the stipulated continuance of the parties is justified under the Speedy Trial Act, and accordingly finds that the speedy trial clock should be tolled pursuant to 18 U.S.C. § 3161(h)(8)(A), since the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, trial herein is hereby rescheduled to December 11, 2006, at 9:30 a..m.

SO ORDERED this 1st day of November 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL

Case 1:06-mj-00007   Document 15   Filed 11/01/2006   Page 1 of 1