LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00007 |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **Granting Motion to Vacate Trial** |
| STEPHANIE CONTRERAS, | ) | |
| Defendant. | ) | |

Upon motion by the Government and for good cause shown,

**IT IS SO ORDERED** that the trial currently scheduled for December 11, 2006, is hereby vacated.

December 7, 2006
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**