1  LEONARDO M. RAPADAS
   United States Attorney
2  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00007 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S MOTION** |
| vs. | ) | **TO DISMISS INFORMATION** |
| | ) | |
| STEPHANIE CONTRERAS, | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves this Honorable Court for an Order dismissing the information in the above entitled action.

//
//
//
//
//
//
//
//

1 | The Government makes this request for the reason that the defendant has successfully
2 | completed the terms of her Pre-Trial Diversion Agreement, which expired on May 27, 2008.
3 | Respectfully submitted this 15th day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:  /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney