1  LEONARDO M. RAPADAS
   United States Attorney
2  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00007 |
| )  Plaintiff, ) | |
| vs.  ) | **ORDER** |
| ) | |
| STEPHANIE CONTRERAS, ) | |
| )  Defendant. ) | |

The United State's Motion to Dismiss Information in the above entitled cause, filed July 8, 2007, is hereby granted.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jul 16, 2008**